No. 62634.—The Ambriola Co., Inc., et al. *v.* United States, protests 145314–K, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *Unied States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.